UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHNNY LEE OLDS, #07094-017                                                                    PETITIONER

V.                                                                CIVIL ACTION NO. 3:20-CV-387-DPJ-FKB

SHANNON D. WITHERS, WARDEN                                                            RESPONDENT

ORDER

On July 17, 2023, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [13] recommending this 28 U.S.C. § 2241 habeas petition be dismissed for want of jurisdiction.  Olds, who is represented by counsel, did not file an objection to the R&R, and the time to do so has now passed.  Finding no clear error in Judge Ball's R&R, the Court adopts it as its opinion.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  This case is dismissed.  A separate final judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 2nd day of August, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE